✓ FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD
JUN 29 2026
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: Ammi DEPUTY

**Joshua Stacy**
5515 Michelli Crest Way
Las Vegas, NV 89149
(310) 773-2620
joshua.stacy@gmail.com
*Plaintiff, Pro Se*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| JOSHUA STACY,<br>Plaintiff,<br><br>v.<br><br>JESSICA HUBBARD,<br>Defendant. | **Case No. 2:26-cv-01871**<br><br>**DECLARATION OF ARTIFICIAL-INTELLIGENCE USE AND CITATION VERIFICATION** |

I, Joshua Stacy, declare as follows:

1. I am the plaintiff in this action and appear *pro se*. I have personal knowledge of the matters stated below and, if called, could competently testify to them. I submit this declaration in an abundance of caution and in the interest of full transparency.
2. I filed my Complaint on June 22, 2026. This action is assigned to the Honorable Maximiliano D. Couvillier III, United States Magistrate Judge, whose First Amended Standing Order and Chambers Practices (effective January 5, 2026) was entered on the docket of this case after my Complaint was filed. I provide this declaration to comply with Section III of that Standing Order.
3. **Use of artificial intelligence (Section III.1).** Artificial intelligence was used to assist with legal research and drafting in this action. Because the Standing Order was entered after my Complaint was filed, my Complaint did not include the certification required by Section III.1; I cure that omission here and will include the required certification immediately above my signature on all filings going forward. I did not delegate my legal

or factual judgment to any such tool; every contention I have presented is my own, adopted only after my independent review.

4. **Verification of authorities (Section III.2; Fed. R. Civ. P. 11; LR IA 7-3).** I have personally reviewed and verified every legal authority cited in my Complaint. My verification was not limited to confirming that an authority exists. For each authority cited, I confirmed **both** (a) that it is real and accurately cited, **and** (b) that it actually holds, and stands for, the proposition for which I have cited it. No authority or assertion of fact in my filings rests on the representation of an artificial-intelligence tool alone; each was corroborated by me against the source.

5. **Good faith; responsibility.** I have made a diligent, good-faith effort to ensure the accuracy of every citation and of every characterization of authority in my filings. I recognize that human error remains possible despite such diligence; should any inadvertent error be identified — by the Court, by any party, or by me — I will promptly correct it and so notify the Court. I take full and personal responsibility for the contents of my filings.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. *See* 28 U.S.C. Section 1746. Executed at Las Vegas, Nevada, on the date set forth below.

Respectfully submitted,

I certify that Artificial Intelligence was used to prepare the foregoing document.

Joshua Stacy
Plaintiff, Pro Se
5515 Michelli Crest Way
Las Vegas, NV 89149
(310) 773-2620
joshua.stacy@gmail.com
Dated: June 25, 2026